```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Omar Stephenson

    v.

FCI Berlin, Warden                    Case No. 23-cv-00034-AJ

<u>JUDGMENT</u>

In accordance with the order by Magistrate Judge Andrea K. Johnstone dated February 10, 2023, judgment is hereby entered.

By the Court:

_____
Daniel L. Lynch
Clerk of Court

Date: February 23, 2023

Counsel of Record